UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20098-CR-ALTMAN/SANCHEZ

18 U.S.C. § 875(c)
18 U.S.C. § 981(a)(1)(C)

FILED BY____MP____D.C.

Mar 14, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

v.

MICHAEL ANTHONY ABBOTT,
    a/k/a "GABLESMOUSE,"

    Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

On or about December 18, 2022, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL ANTHONY ABBOTT,
a/k/a "GABLESMOUSE,"**

did knowingly transmit in interstate commerce any communication containing a threat to injure the person of another, that is, E.P., A.P.P., A.S., and D.G., law enforcement officers from the City of Coral Gables Police Department, in that in an email sent through the Internet, the defendant stated, "I will shoot onsite: [E.P., A.P.P., A.S., and D.G.]," in violation of Title 18, United States Code, Section 875(c).

### FORFEITURE ALLEGATIONS

1.  The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHAEL ANTHONY ABBOTT a/k/a "GABLESMOUSE,"**

has an interest.

2. Upon conviction of Title 18, United States Code, Section 875(c), as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

FOREPERSON

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

STEFAN DIAZ ESPINOSA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: _____

v.

MICHAEL ANTHONY ABBOTT,
 a/k/a "GABLESMOUSE,"

    _____ /
      Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
 ☒ Miami ☐ Key West ☐ FTP
 ☐ FTL ☐ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
 List language and/or dialect: _____

4. This case will take __3-4__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
 (Check only one)   (Check only one)
 I ☒ 0 to 5 days ☐ Petty
 II ☐ 6 to 10 days ☐ Minor
 III ☐ 11 to 20 days ☐ Misdemeanor
 IV ☐ 21 to 60 days ☒ Felony
 V ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
 If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
 If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
 If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

          By: _____
            STEFAN DIAZ-ESPINOSA
            Assistant United States Attorney
            FL Bar No. 1010217

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MICHAEL ANTHONY ABBOTT

**Case No:** _____

Count #1:

Interstate Transmission of a Threat to Injure Another Person

18 U.S.C. § 875(c)
* **Max. Term of Imprisonment: 5 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**