UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20098-BLOOM(s)

UNITED STATES OF AMERICA

v.

MICHAEL ANTHONY ABBOTT,

      **Defendant.**

_____/

**UNITED STATES OF AMERICA'S NOTICE OF INTENT TO ADMIT EVIDENCE
PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11)**

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby files this notice of intent to admit evidence pursuant to Federal Rules of Evidence ("FRE") 902(11), and states the following in support thereof:

The United States intends to admit business records from DB Schenker, specifically, the Defendant's resume.  Please see the certification attached as Exhibit A.

                    Respectfully submitted,

                    HAYDEN P. O'BYRNE
                    UNITED STATES ATTORNEY

                    HAYDEN P. O'BYRNE
                    UNITED STATES ATTORNEY

By:   */s/ Daniel Rosenfeld*_____
       Daniel Rosenfeld
       Assistant United States Attorney
       Court ID No. A5503081
       99 Northeast 4th Street
       Miami, Florida 33132-2111
       Tel: (305) 961-9268
       Email: Daniel.Rosenfeld@usdoj.gov
       Court ID No. A5503171
       99 NE 4th Street, 6th Floor