UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20098-BLOOM

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

vs.

**MICHAEL ANTHONY ABBOTT,**
        **Defendant.**
_____/

## DEFENDANT'S PROPOSED *VOIR DIRE* QUESTIONS

Having read the Court's standard *voir dire* questions, we respectfully submit the following for the Court's consideration as part of its questions to the panel:

1. Has anyone here ever served in an elected capacity, or on a public or quasi-public body, such as a homeowners' association, city board, or government committee?  Has someone close to you?

2. Has anyone here ever attended a public meeting, such as for example a school board, city council, or zoning board meeting?

3. Has anyone here ever seen or heard of someone recording government officials, such as police or city workers, in public settings? If so, what were your impressions?

4. Do any of you have strong opinions, positive or negative, about individuals who publicly criticize or challenge the actions of government officials?

        Respectfully submitted,

        BY:    **BEATON LAW FIRM, P.A.**

        *s/ Marcos Beaton Jr.*
        **Marcos Beaton, Jr.**
        Florida Bar No. 573787
        2525 Ponce De Leon Blvd, Suite 300
        Coral Gables, Florida 33134
        Tel. (305) 478-1991
        Email: mbeaton@beatonlawfirm.com